UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD L. BASKIN,
    Plaintiff,

vs.                                                 Case No.: 3:21cv696/LAC/EMT

MAJOR WHITE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

On September 3, 2021, the undersigned entered an order noting that both Plaintiff's amended complaint and motion to proceed in forma pauperis (IFP) are deficient (ECF No. 12).  The undersigned pointed out the deficiencies in the documents and denied Plaintiff's IFP motion without prejudice to Plaintiff refiling the motion with the required supporting documentation.  The undersigned warned Plaintiff that it was his final opportunity to satisfy the filing fee requirement and that if he did not either pay the filing fee or file a complete IFP motion, with all of the required documentation, by the deadline set forth in the order, the court would dismiss the case  The undersigned directed the clerk of court to send Plaintiff the correct set of forms for filing a motion to proceed IFP and a prisoner civil rights complaint form and allowed Plaintiff thirty days in which to file the same.  The undersigned advised that failure to comply with the order as instructed would result

in a recommendation, without further notice, that the case be dismissed for failure to comply with court orders.  More than thirty days have passed, and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED**:

1.  That this action be dismissed without prejudice for failure to comply with orders of the court.

2.  That the clerk of court be directed to close this case.

At Pensacola, Florida, this 6th day of October 2021.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**